David J. Weiss, Esq., SBN 78542
Danielle Sussan, Esq., SBN 261320
**LAW OFFICES OF DAVID J. WEISS**
11340 West Olympic Boulevard, Suite 100
Los Angeles, California 90064
Phone Number:   (310) 575-9566
Fax Number:      (310) 575-9576
weissd@djwlaw.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES (erroneously sued as LOS ANGELES COUNTY PUBLIC DEFENDER) and RON YORIZANE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GALINDO, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY PUBLIC DEFENDER; RON YORIZANE, an individual, and DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO. CV07-07911 GW (Ex)<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT RON YORIZANE**<br><br>**Honorable George H. Wu** |

　　　　The Court, having reviewed the Motion for Summary Judgment, or, in the Alternative, Summary Adjudication, filed by Defendants COUNTY OF LOS ANGELES and RON YORIZANE, and having read and considered the supporting, opposition and reply points and authorities and having read and considered the supplemental filings by both parties, and having heard and considered the arguments of counsel, and good cause appearing therefore:

　　　　**IT IS HEREBY ORDERED**, that Defendant RON YORIZANE's Motion for Summary Judgment is GRANTED as set forth below:

　　　　1.　　Defendant RON YORIZANE is named as a Defendant in Plaintiff's

      Sixth Cause of Action for Harassment and Plaintiff's Eighth Cause of Action for Violation of 42 U.S.C § 1983 only.

2. The Court having adopted its tentative ruling of September 13, 2010 with respect to Plaintiff's Sixth Cause of Action for Harassment, thereby dismissed Plaintiff's Harassment claim its entirety for the reasons stated in the Court's tentative ruling of September 13, 2010 and for the reasons stated by the Court at the hearings of September 13, 2010 and December 6, 2010, and based on the transcripts thereof incorporated by reference herein. *(See Court's tentative ruling, dated 9/13/10, at pages 34-37; See also Reporter's Transcript of 9/13/10, at pages 123-128; See also Reporter's Transcript of 12/6/10, at page 14).*

3. The Court having granted Defendants' motion with respect to Plaintiff's Eighth Cause of Action based on violation of Plaintiff's rights under 42 U.S.C. § 1983 against Defendant RON YORIZANE, thereby dismissed Plaintiff's 42 U.S.C. § 1983 claim against Defendant RON YORIZANE. For the reasons stated by the Court at the hearings of January 19, 2012 and February 2, 2012, and based on the transcripts thereof incorporated by reference herein, Plaintiff's evidence is insufficient as a matter of law to support a Section 1983 claim against Defendant RON YORIZANE. *(See Reporter's Transcript of 1/19/12; See also Reporter's Transcript of 2/2/12, at pages 3-7, attached as Exhibit "A" to Declaration of Danielle Sussan in Support of Proposed Judgment).*

4. Since there are no causes of action that remain against Defendant RON YORIZANE, judgment shall be entered forthwith in favor of Defendant RON YORIZANE and against Plaintiff STEPHEN GALINDO with respect to all claims asserted against Defendant RON YORIZANE.

///

5. Defendant RON YORIZANE is to recover costs of suit from Plaintiff

1       STEPHEN GALINDO.

5 DATED: February 17, 2012

                                      _____
                                      Hon. George H. Wu
                                      United States District Judge for the Central District of California

3

**JUDGEMENT OF DISMISSAL OF DEFENDANT RON YORIZANE**